GAITHER, et ux. *v.* BOARD OF EDUCATION OF HOWARD COUNTY, et al.

[No. 231, September Term, 1967.]

630

*Decided October 12, 1967.*

The cause was argued before HAMMOND, C. J., and HOR-
NEY, MARBURY, BARNES and FINAN, JJ.

Submitted on the brief by *Cornelius F. Sybert, Jr., Lewis
Straughn Nippard,* and *Sybert, Sybert & Nippard* for appel-
lants.

*Charles A. Reese,* with whom was *Charles E. Hogg* on the
brief, for the Board of Education of Howard County, one of
appellees; *Francis B. Burch, Attorney General,* and *Alan M.
Wilner, Assistant Attorney General,* on the brief, for the State
Superintendent of Schools and the State Board of Education,
another appellee; *J. Thomas Nissel* and *Bernard F. Goldberg*
on the brief, for the Board of County Commissioners of Howard
County and Percon, Inc., respectively, other appellees.

PER CURIAM.

Appellants, taxpayers and property owners of Howard
County, sought by a bill of complaint and an amended bill to
prevent the Board of Education of that County from acquiring
a site on which to build an elementary school and from spend-

ing public funds or selling bonds for the purchase and condemnation of the site and the erection of a school building thereon.

Judge Macgill sustained the demurrers to the original bill and to the amended bill, holding that the allegations in both bills either were conclusions without factual support, or were so general or vague as to be meaningless, or sought to rely on statutes which were inapplicable either factually or legally.

We think the ruling on each demurrer was right under the cases which Judge Macgill found to control, such as *Wiley v. Board of School Commissioners*, 51 Md. 401, *Coddington v. Helbig*, 195 Md. 330, and *Dixon v. Carroll County*, 241 Md. 700.

*Orders appealed from affirmed with costs.*